■ ALBERT GUTWIRTH v. CAREWELL TRADING CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of PAULINE R. WARD, Deceased. BENJAMIN RATNER, Appellant; L. A. W. CHRITE et al.— Motion granted to the extent of continuing the stay contained in the order to show cause dated July 13, 1959 until the determination of the appeals on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ METROPOLITAN LIFE INSURANCE COMPANY v. UNITED STATES OF AMERICA et al.—Motion granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of NATHANIEL M. MINKOFF, as Treasurer of Joint Board of Dress and Waistmakers' Union of Greater New York, against BUDGET DRESS CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ AMERICAN SURETY CO. OF NEW YORK v. FRANK SOLOMON et al.— Motion for stay denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Estate of SPIROS KARAGEORGES, Deceased. ANGIE SAPONAS; JOSEPH B. FRANKLIN et al.— Motion denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEON FREDERICK FARMER. — Enlargement of time granted. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of TWENTIETH CENTURY-FOX FILM CORPORATION, against LAWRENCE E. GEROSA, Comptroller.— Motion denied. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.